# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>    George Carr<br>    Sherrell Carr<br>            Debtor(s) | Case No. 13 B 32022 |

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 08/12/2013.

2) The plan was confirmed on 10/22/2013.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 10/22/2013.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 03/25/2014.

5) The case was Dismissed on 05/27/2014.

6) Number of months from filing to last payment: 8.

7) Number of months case was pending: 11.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $2,600.00 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$2,600.00** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $2,480.40 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $119.60 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$2,600.00** |
| Attorney fees paid and disclosed by debtor: | $400.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| A/r Concepts | Unsecured | 282.00 | NA | NA | 0.00 | 0.00 |
| Advance Cash America | Unsecured | 260.00 | NA | NA | 0.00 | 0.00 |
| Advanced Paycheck Online | Unsecured | 690.00 | NA | NA | 0.00 | 0.00 |
| American Express | Unsecured | 22,986.00 | NA | NA | 0.00 | 0.00 |
| American Express | Unsecured | 8,919.00 | NA | NA | 0.00 | 0.00 |
| AmeriCash Loans LLC | Unsecured | 250.00 | 820.96 | 820.96 | 0.00 | 0.00 |
| Burke Medical Group | Unsecured | 36.00 | NA | NA | 0.00 | 0.00 |
| Capital Management Services | Unsecured | 365.00 | NA | NA | 0.00 | 0.00 |
| Cda/pontiac | Unsecured | 385.00 | NA | NA | 0.00 | 0.00 |
| Check into Cash | Unsecured | 1,400.00 | NA | NA | 0.00 | 0.00 |
| Check 'n go | Unsecured | 685.00 | NA | NA | 0.00 | 0.00 |
| city of chicago Parking tickets | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Commonwealth Edison | Unsecured | 1,178.00 | 1,671.64 | 1,671.64 | 0.00 | 0.00 |
| Contract Callers Inc | Unsecured | 1,001.00 | NA | NA | 0.00 | 0.00 |
| Creditors Collection B | Unsecured | 58.00 | NA | NA | 0.00 | 0.00 |
| Creditors Discount and Audit | Unsecured | 385.00 | NA | NA | 0.00 | 0.00 |
| Dermatology Associates | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| Dr. Mohammad Razzaque MD | Unsecured | 110.00 | NA | NA | 0.00 | 0.00 |
| Educational Credit Management Corp | Unsecured | 0.00 | 5,921.14 | 5,921.14 | 0.00 | 0.00 |
| First cash Advance | Unsecured | 800.00 | NA | NA | 0.00 | 0.00 |
| Harris & Harris | Unsecured | 834.00 | NA | NA | 0.00 | 0.00 |
| Illinois Bell Telephone Company | Unsecured | NA | 191.73 | 191.73 | 0.00 | 0.00 |
| Illinois Collection Services | Unsecured | 218.00 | NA | NA | 0.00 | 0.00 |
| illinois department of employment s | Unsecured | 1,208.00 | NA | NA | 0.00 | 0.00 |
| Illinois Dept of Revenue 0414 | Priority | 1,246.86 | 2,885.71 | 2,885.71 | 0.00 | 0.00 |
| Illinois Dept of Revenue 0414 | Unsecured | NA | 825.93 | 825.93 | 0.00 | 0.00 |
| Illinois Lending Corporation | Unsecured | 550.00 | 720.96 | 720.96 | 0.00 | 0.00 |
| Internal Revenue Service | Priority | 14,848.48 | 19,535.89 | 19,535.89 | 0.00 | 0.00 |
| Internal Revenue Service | Unsecured | 0.00 | 2,631.22 | 2,631.22 | 0.00 | 0.00 |
| Keynote Consulting | Unsecured | 130.00 | NA | NA | 0.00 | 0.00 |
| Lighthouse Financial Group | Unsecured | 400.00 | 6,435.48 | 6,435.48 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Lighthouse Financial Group | Secured | 100.00 | 10,341.67 | 100.00 | 0.00 | 0.00 |
| Lighthouse Financial Group | Unsecured | NA | 10,241.67 | 10,241.67 | 0.00 | 0.00 |
| Malcolm S. Gerald & Associates Inc. | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Midwest Anesthesiologists | Unsecured | 85.00 | NA | NA | 0.00 | 0.00 |
| Midwest Medical Records Association | Unsecured | 5.00 | NA | NA | 0.00 | 0.00 |
| Midwest Orthopaedic Consultants | Unsecured | 34.00 | NA | NA | 0.00 | 0.00 |
| Nco Fin /02 (Original Creditor:Auto Club | Unsecured | 155.00 | NA | NA | 0.00 | 0.00 |
| Nicor Gas | Unsecured | 0.00 | 1,193.37 | 1,193.37 | 0.00 | 0.00 |
| Northwest Collectors (Original Creditor: | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| Oak Lawn Radiology Imaging Consult | Unsecured | 120.00 | NA | NA | 0.00 | 0.00 |
| Otto Bock Healthcare LP | Unsecured | 80.00 | NA | NA | 0.00 | 0.00 |
| Palos Anesthesia Associates | Unsecured | 2,000.00 | NA | NA | 0.00 | 0.00 |
| Palos Community Hospital | Unsecured | 12,000.00 | NA | NA | 0.00 | 0.00 |
| Parkview Orthopedic Group | Unsecured | 85.00 | NA | NA | 0.00 | 0.00 |
| Payday Loan Store | Unsecured | 1,500.00 | NA | NA | 0.00 | 0.00 |
| Pulmony and Critical Care | Unsecured | 55.00 | NA | NA | 0.00 | 0.00 |
| QC Financial Services | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| Radiology and Nuclear Cons. | Unsecured | 185.00 | NA | NA | 0.00 | 0.00 |
| Sallie Mae | Unsecured | 37,718.00 | 19,339.50 | 19,339.50 | 0.00 | 0.00 |
| Title Lenders dba USA Payday Loan | Unsecured | 280.00 | NA | NA | 0.00 | 0.00 |
| Title Max | Secured | 2,500.00 | 0.00 | 2,500.00 | 0.00 | 0.00 |
| Tri-State Adjustments | Unsecured | 637.00 | 637.00 | 637.00 | 0.00 | 0.00 |
| Trustmark Recovery Services | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| United States Dept Of Education | Unsecured | 52,736.00 | 46,168.61 | 46,168.61 | 0.00 | 0.00 |
| United States Dept Of Education | Unsecured | 0.00 | 10,937.27 | 10,937.27 | 0.00 | 0.00 |
| US Cellular | Unsecured | 97.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $2,600.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$2,600.00** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $22,421.60 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$22,421.60** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$107,736.48** | **$0.00** | **$0.00** |

**UST Form 101-13-FR-S (9/1/2009)**

| Disbursements: | |
|---|---|
| Expenses of Administration | $2,600.00 |
| Disbursements to Creditors | $0.00 |
| **TOTAL DISBURSEMENTS** : | **$2,600.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 07/14/2014     By: /s/ Marilyn O. Marshall
                                            Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**